Klenda, Mitchell, Austerman & Zuercher, L.L.C.
301 N. Main, Suite 1600
Wichita, KS 67202-4888
(316) 267-0331
(316) 267-0333 (fax)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

JOHN R. VANWINKLE and )
MARTHA L. VANWINKLE, )
    *Plaintiffs,* )
     )
vs. )   No. 07-1235-JTM
     )
CHICAGO INVESTMENT GROUP, L.L.C. )
    *Defendant.* )
     )

## **COMPLAINT**

COME NOW the plaintiffs and for their claims for relief against the defendant allege and state as follows:

1.    Plaintiffs are husband and wife residing in Derby, Kansas.

2.    Defendant is a registered broker/dealer with its principal place of business in Chicago, Illinois. It may be served with process by serving its resident agent, Richard Lynch, 190 S. LaSalle St., Suite 850, Chicago, Illinois 60603.

3.    Defendant is engaged in the business of a registered broker/dealer and investment adviser providing investment advice and the trading of securities. During all material times herein, defendant communicated with plaintiffs in Kansas using the instrumentalities of interstate commerce concerning plaintiffs' investments and defendant's securities transactions on plaintiffs' account.

4.    This Court has jurisdiction by virtue of 28 U.S.C. 1331 and 15 U.S.C. 78aa.

5. Venue is appropriate in this District by virtue of 28 U.S.C. 1391(b) and 15 U.S.C. 78aa.

6. On or about April 28, 2006, defendant took possession of plaintiffs' securities and cash having a value of $140,881.49.  Thereafter, defendant sold plaintiffs' securities and purchased additional securities on margin, all without the authority of and contrary to the investment objectives and instructions of the plaintiffs.

7. Plaintiffs instructed defendant's broker that plaintiffs wanted conservative investments with conservation of principal their paramount objective.

8. The securities purchased by the defendant were not suitable for the plaintiffs or the plaintiffs' investment objectives.

9. Defendant's broker falsely represented to plaintiffs that the investments made by the broker were conservative and would preserve plaintiffs' principal.

10. Contrary to the representations of defendant's broker, the securities purchased by defendant for plaintiffs' account were highly speculative and volatile in price.

11. Defendant purchased these securities on margin contrary to the instructions of plaintiff, and contrary to their investment objectives.

12. On or about December 6, 2006, plaintiffs transferred their securities account to another broker.  The securities were liquidated and the margin indebtedness paid.  Plaintiffs' net recovery was $37,590.55, leaving a loss of $103,280.94.

## COUNT ONE

13. Defendant, through its agents and employees, engaged in manipulative and deceptive acts in violation of Rule 10b-5 of the Securities and Exchange Commission

by making false and misleading statements about plaintiffs' investments, employing an artifice or device to defraud plaintiffs, and by failing to disclose material facts to plaintiffs about their investments.

## COUNT TWO

14.     Defendant, through its agents and employees, committed fraud and deceit upon the plaintiffs by making false and misleading statements about plaintiffs' investments, and by failing to disclose material facts to plaintiffs about their investments.

## COUNT THREE

15.     Defendant employed a device, scheme or artifice to defraud plaintiffs in violation of K.S.A. 17-12a502.

WHEREFORE plaintiffs pray for judgment against the defendant for their damages in the amount of $103,280.94, plus punitive damages, plus prejudgment interest, plus reasonable attorney's fees, and for such other and further relief as the Court deems just and equitable.

## DEMAND FOR TRIAL BY JURY

Plaintiffs request a trial by jury.

## DESIGNATION OF PLACE OF TRIAL

Plaintiffs designate Wichita as the place of trial.

> s/ Alexander B. Mitchell, II
> Bar Number 8204
> Attorney for Plaintiffs
> Klenda, Mitchell, Austerman & Zuercher, L.L.C.
> 301 N. Main, Suite 1600
> Wichita, KS 67202-4888
> Telephone:  (316) 267-0331
> Fax:  (316) 267-0333
> E-mail:  amitchell@kmazlaw.com