Klenda, Mitchell, Austerman & Zuercher, L.L.C.
301 N. Main, Suite 1600
Wichita, KS 67202-4888
(316) 267-0331
(316) 267-0333 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOHN R. VANWINKLE and<br>MARTHA L. VANWINKLE,<br>    *Plaintiffs,*<br><br>vs.<br><br>CHICAGO INVESTMENT GROUP, L.L.C.<br>    *Defendant.* | )<br>)<br>)<br>)<br>)  No. 07-1235-JTM<br>)<br>)<br>)<br>) |

## NOTICE OF DISMISSAL

Plaintiffs hereby give notice pursuant to Rule 41 that they are dismissing this action without prejudice.

> s/ Alexander B. Mitchell, II
> Bar Number 8204
> Attorney for Plaintiffs
> Klenda, Mitchell, Austerman & Zuercher, L.L.C.
> 301 N. Main, Suite 1600
> Wichita, KS 67202-4888
> Telephone: (316) 267-0331
> Fax: (316) 267-0333
> E-mail: amitchell@kmazlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I further certify that I mailed the foregoing document and notice of electronic filing by first-class mail to the following non-CM/ECF participant:

1

Chicago Investment Group, L.L.C.
c/o James L. Kopecky
321 N. Clark, Suite 2200
Chicago, IL 60610
    *Attorney for Defendant*


s/ Alexander B. Mitchell, II